IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.  Case No.  5:06cr40-RS-1
 USM No:  06347-017

THOMAS CARLTON BELL,

     Defendant.

_____/

## ORDER DENYING SENTENCE REDUCTION UNDER AMENDMENT 782

This Court, on its own motion, has considered whether Defendant is eligible for a sentence reduction under United States Sentencing Guidelines Amendment 782.

Amendment 782 reduced the base offense level for most drug offenses. A district court may reduce the sentence of a defendant "who has been sentenced to a term of imprisonment *based on a sentencing range that has subsequently been lowered by the Sentencing Commission.*" 18 U.S.C. § 3582(c)(2) (emphasis added). But a district court must not reduce the sentence of a defendant whose range has not been lowered.

1

Here, Defendant's guideline range was determined pursuant to a guideline section other than a drug offense; namely, as a career offender. Because that guideline range has not been changed, Defendant is not eligible for a reduction.

The Eleventh Circuit has repeatedly followed this same analysis, holding that defendants whose guideline ranges were calculated under other guidelines, not the drug guidelines, were ineligible for reductions under earlier amendments that, like Amendment 782, retroactively reduced drug guidelines. *See United States v. Berry*, 701 F.3d 374, 376 (11th Cir. 2012) (holding ineligible for an Amendment 750 reduction a defendant whose range was calculated under the career offender guideline); *United States v. Moore*, 541 F.3d 1323, 1327 (11th Cir. 2008) (same, Amendment 706).

For these reasons,

**IT IS ORDERED:**

1. The motion to reduce Defendant's sentence is **DENIED**.

2. The Clerk must provide a copy of this order to Defendant by mail and to the attorneys of record and the Federal Public Defender through the electronic filing system.

**SO ORDERED on September 21, 2015.**

s/Mark E. Walker
**United States District Judge**
